UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITY OF GARDEN CITY,

      Plaintiff,

      v.

CITY OF DETROIT,

      Defendant.

_____/

Civil No. 04-73743

Hon. John Feikens

| PROOF OF SERVICE |
|---|
| I hereby certify that a copy of the foregoing Order was served on the attorneys and/or parties of record on May 26, 2005, by electronic means or first class U.S. Mail. |
| s/Carol Cohron<br>Case Manager<br>Honorable John Feikens |

**ORDER**

The Complaint in this case was filed in September of 2004, more than six months ago. Since that time, Plaintiff has done nothing to move this case forward. I believe this shows a clear record of delay on behalf of Plaintiff for which Plaintiff is at fault, and therefore exercise my power to dismiss this case *sua sponte* for want of prosecution. Link v. Wabash R.R. Co., 370 U.S. 626, 630 (1962); Mulbah v. Detroit Board of Education, 261 F.3d 586 (6th Cir.2001).

**IT IS SO ORDERED.**

s/ John Feikens_____
John Feikens
United States District Judge

Date: May 26, 2005